IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 25-cr-20185-JTF/tmp |
| v. | ) | |
| | ) | **FILED UNDER SEAL** |
| BENJAMIN TYLER SORY, | ) | |
| Defendant. | ) | |

## MOTION TO SEAL COMPLAINT AND ACCOMPANYING DOCUMENTS AND DESIGNATE AS A HIGHLY SENSITIVE DOCUMENT

**COMES NOW,** the United States, by and through Joseph C. Murphy, Jr., Interim United States Attorney for the Western District of Tennessee, and Lauren J. Delery, Assistant United States Attorney, and respectfully moves this Honorable Court to order the Complaint and all accompanying documents filed in the above-referenced matter to be sealed until further Order by the court. The United States also requests that this Honorable Court designate the Complaint and all accompanying documents filed in the above-referenced matter as "Highly Sensitive Documents" in accordance with Western District of Tennessee Administrative Order Number 2021-05. This matter involves a minor victim whose identity and privacy must be protected, and facts contained in the complaint tend to identify the minor victim. Moreover, the defendant is unaware of the extent of the investigation, and premature disclosure of an arrest warrant may make it more likely that he will destroy evidence or flee before the warrant can be executed.

Respectfully submitted,

JOSEPH C. MURPHY, JR.
INTERIM UNITED STATES ATTORNEY

*s/ Lauren J. Delery*
Lauren J. Delery
Assistant United States Attorney
167 North Main, Ste. 800
Memphis, TN 38103
(901)-544-4231