REC'D USMS W/TN
'25 SEP 9

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee



| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 25-cr-20185-JTF-tmp |
| BENJAMIN TYLER SORY | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BENJAMIN TYLER SORY ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2423(a)-Transportation with intent to engage in criminal sexual activity

Date: 09/09/2025

*Issuing officer's signature*

City and state: MEMPHIS, TENNESSEE

WENDY R. OLIVER - CLERK, U.S. DISTRICT COURT
*Printed name and title*

**Return**

This warrant was received on *(date)* 9/9/25 , and the person was arrested on *(date)* 9/11/2025
at *(city and state)* Memphis, TN

Date: 9/11/25

*Arresting officer's signature*

Madison Futrell    DUSM
*Printed name and title*