IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

v.  No. **2:25-cr-20185-JTF-1**

**BENJAMIN STORY,**

    Defendant.

## ORDER RELEASING DEFENDANT ON SAME BOND

The Court hereby orders that the defendant be released on the same $50,000.00 Corporate Surety Bond heretofore entered on August 21, 2024. All conditions of defendant's release contained in the Order shall remain in effect.

IT IS SO ORDERED this 11th day of September 2025.

    s/ Annie T. Christoff
    ANNIE T. CHRISTOFF
    UNITED STATES MAGISTRATE JUDGE